## CAPTION BLOCK

**UNITED STATES DISTRICT COURT DISTRICT OF [FOR COURT USE]**
**HARRY ALEXANDER KNIGHT** (preferred moniker: **Fisher**), Acting *Sui Juris*, as a Natural Person, Sovereign Principal, and Relator for the United States Government, Plaintiff,
v.
**THE LINUX FOUNDATION; X402 FOUNDATION, LLC; COINBASE GLOBAL, INC.; CLOUDFLARE, INC.; STRIPE, INC.; GOOGLE LLC / GOOGLE CLOUD; MICROSOFT CORPORATION; AMAZON WEB SERVICES, INC. (AWS); VISA INC.; MASTERCARD INC.; CIRCLE INTERNET FINANCIAL, LLC; CANTOR FITZGERALD, L.P.; X CORP. / X PAYMENTS LLC; WORLD LIBERTY FINANCIAL; AND ASSOCIATED CARTEL CONSORTIUM ENTERPRISES**, Defendants.
**CIVIL ACTION NO. [FOR COURT USE]** * Trial Requested

RECEIVED
SDNY PRO SE OFFICE
2026 SEP 15 PM 3:33

# SECTION I: STANDING AND SOVEREIGN INJURY-IN-FACT

1. **Natural Person and *Sui Juris* Standing**: Plaintiff **Harry Alexander Knight** (Fisher) brings this action strictly *sui juris*, asserting his inherent, unalienable status as a living natural person. Plaintiff invokes the original historical definition of "a person" under the False Claims Act (**31 U.S.C. § 3730(b)**) and federal statutory frameworks—untouched by corporate fictions—to protect the constitutional monetary baseline, public trust funds, and the rights of the citizenry.
2. **Constitutional Standing (Article III & Article I, Section 8)**:
   - Plaintiff suffers a direct, concrete, and particularized injury-in-fact. The systematic interception of internet-native commerce, the diversion of liquidity into private stablecoin loops, and the primary dealer bond-custody warehousing executed by Defendants have directly eroded the purchasing power of Plaintiff's medium of exchange, degraded the value of U.S. Savings Bonds, and destabilized the national currency standard.
   - Under Article I, Section 8 of the Constitution, Congress possesses the exclusive, non-delegable power to *"coin Money, regulate the Value thereof..."* Defendants' creation of a private, protocol-level payment monopoly (x402) imposes an unauthorized private valuation standard, directly usurping sovereign authority and injuring Plaintiff as a direct participant in the U.S. economic sphere.
3. **Relator Status for the United States**: Plaintiff acts as a Relator on behalf of the United States Government to recover extracted public value, remedy fraudulent federal accounting loops, and enforce penal statutes designed to protect the sovereign money supply.

# SECTION II: STRUCTURAL CONFLICT OF INTEREST AND REGULATORY CAPTURE

1. **The Conflict of Interest Matrix**: The formation and operation of the x402 Foundation under The Linux Foundation represent an institutionalized, systemic conflict of interest that breaches every standard of public trust and fiduciary duty:
   - **The Non-Profit Pretext vs. Commercial Cartel**: The Linux Foundation is chartered as a non-profit mutual benefit corporation under **IRS Section 501(c)(6)**, legally mandated to support open-source software. Instead, it has been co-opted to shelter a commercial cartel of elite corporations (including direct competitors like Visa, Mastercard, Google, AWS, and Microsoft) to control the underlying payment rails of the internet.
   - **The Revolving Door of Executive Power**: Key institutional drivers of the cartel—such as primary dealers and financial infrastructure providers like Cantor Fitzgerald—have operated in direct tandem with political-financial vehicles, fusing executive governmental transition with private stablecoin issuance backed by captive Treasury bond vaults.
   - **Self-Dealing Protocol Capture**: Corporations that sit on the Board of Directors or founding roster of the x402 Foundation (Coinbase, Stripe, Cloudflare, Circle) simultaneously operate the proprietary "Facilitator" nodes that collect transaction fees on every intercepted HTTP request. They utilized a non-profit foundation as a legal shield to launder a private fee-extraction monopoly.

# SECTION III: THE LINUX FOUNDATION'S SPECIFIC CHARTER AND BYLAW VIOLATIONS

The Linux Foundation is legally bound by its governing instruments, federal tax code restrictions, and its own published policies. By hosting the x402 extraction engine, it has committed material, non-waivable breaches of its governing framework:

1. **Breach of IRS Section 501(c)(6) Mandate (*Ultra Vires* Operation)**:
   - *The Binding Rule*: Section 501(c)(6) status strictly prohibits an organization from engaging in regular business ordinarily carried on for profit or operating as a commercial middleman for private financial enrichment.
   - *The Violation*: By housing the x402 Foundation, The Linux Foundation has converted itself into a commercial clearinghouse and trade-allocation engine for private stablecoin transactions, stepping completely outside its tax-exempt charter.
2. **Breach of Mandatory Antitrust Policies**:
   - *The Binding Rule*: The Linux Foundation's published *Antitrust Policy* explicitly mandates compliance with federal and state competition laws, warning that trade associations are legally liable for the anticompetitive acts of their members, including market allocation and exclusionary standard-setting.
   - *The Violation*: The x402 protocol intentionally bypasses open banking clearing channels to force automated web agents into closed-loop stablecoin networks (USDC) controlled by the founding cartel. This constitutes a textbook market-allocation conspiracy and an illegal group boycott of sovereign banking rails.
3. **Breach of the Code of Ethics (Corporate Laundering)**:
   - *The Binding Rule*: Requirements of transparency, integrity, and absolute prevention of deceptive practices that compromise public trust.
   - *The Violation*: The calculated transfer of x402 from Coinbase's private codebases to The Linux Foundation was executed to wrap a predatory monetary extraction system in the public-relations immunity of "open-source software development," directly violating its foundational code of ethics.

# SECTION IV: CAUSES OF ACTION

- **COUNT I: Violation of Article I, Section 8 & Article III (Usurpation of Sovereign Currency & Constitutional Injury)**
  - Plaintiff incorporates all preceding paragraphs. Defendants' coordinated deployment of protocol-level payment monopolies and private token settlement layers violates the exclusive constitutional monopoly of Congress, inflicting direct injury-in-fact on Plaintiff.
- **COUNT II: Violation of 18 U.S.C. § 333 (Conspiracy to Intercept, Deface, and Intentionally Prevent Currency Retirement)**
  - Plaintiff incorporates all preceding paragraphs. Defendants have conspired to intercept high-velocity internet commerce and warehouse sovereign Treasury securities through primary dealer bond loops (Cantor Fitzgerald), executing *"any other thing"* to monetary instruments with the absolute intent to **block, trap, and prevent the U.S. Treasury from retiring the money supply**.
- **COUNT III: Revocation of Non-Profit Status & *Ultra Vires* Injunction Against The Linux Foundation**
  - Plaintiff incorporates all preceding paragraphs. Defendant The Linux Foundation has materially breached its IRS Section 501(c)(6) charter, its bylaws, and its mandatory antitrust policies by sheltering a commercial financial cartel. Plaintiff demands the judicial revocation of its protections regarding this project and the immediate dissolution of the x402 Foundation structure.
- **COUNT IV: False Claims Act (*Qui Tam*) Violations (31 U.S.C. § 3729 & § 3730)**
  - Plaintiff incorporates all preceding paragraphs. Defendants have knowingly established a fraudulent, parallel financial accounting and settlement architecture that siphons value away from federal accounts and the monetary baseline, violating the False Claims Act. Plaintiff brings this action *sui juris* on behalf of himself and the United States.
- **COUNT V: Civil RICO Conspiracy (18 U.S.C. § 1962(d))**
  - Plaintiff incorporates all preceding paragraphs. Defendants constitute an associated-in-fact enterprise engaged in a pattern of racketeering activity through non-profit corporate laundering, primary dealer bond entrapment, social-graph payment interception, and conspiracy to debase the dollar, injuring Plaintiff's property and economic standing under 18 U.S.C. § 1964(c).
- **COUNT VI: Commodification and Paywalling of Public Investigative Records (The Epstein Files Exploitation)**
  - Plaintiff incorporates all preceding paragraphs. Defendants (Cloudflare, AWS, Coinbase) have weaponized the x402 protocol at the edge-compute layer to place government-released investigative files, court-ordered document dumps, and historical archives (including the Epstein document and email repositories spanning over 383,000 records) behind automated micro-payment gates. By forcing researchers, automated agents, and the public to pay private stablecoin tolls for access to public accountability records, Defendants have illegally commercialized public transparency and extracted unearned economic rents.

# SECTION V: RULE 65 EMERGENCY TEMPORARY RESTRAINING ORDER (TRO) DEMANDS

Plaintiff moves pursuant to **Federal Rule of Civil Procedure 65(b)** for an immediate Temporary Restraining Order enjoining Defendants from operating the x402 payment routing infrastructure, executing proprietary Facilitator token settlements, locking sovereign Treasury assets in un-retirable private collateral vaults, and paywalling public historical archives.

**SPECIFIC EMERGENCY RELIEF SOUGHT:**

1. **Edge-Routing Injunction & Archive Unblocking**: Restraining **Cloudflare, Inc.**, **Amazon Web Services (AWS)**, **Google LLC**, and **Microsoft Corporation** from hosting, executing, or serving x402 payment interception headers, micro-transaction gates, or API redirection scripts over public archives, government document repositories, and historical investigative releases (including all court-released Epstein records, email dumps, and flight log databases).
2. **Facilitator Suspension**: Ordering **Coinbase Global, Inc.**, **Stripe, Inc.**, and **Circle Internet Financial, LLC** to immediately suspend all proprietary Facilitator node operations and closed-loop stablecoin transfer processing tied to x402.
3. **Primary Dealer Asset Freeze & Sovereign Rehypothecation**: Placing a judicial freeze on sovereign U.S. Treasury portfolios and bond-custody vaults managed by **Cantor Fitzgerald, L.P.** All collateralized reserves backing un-retirable stablecoins must be placed under constructive judicial trust, unbundled, and **rehypothecated directly back to the U.S. Treasury** under 18 U.S.C. § 333.
4. **Foundation Restraint**: Restraining **The Linux Foundation** from expending funds, providing legal shelter, or lending its organizational name to the **x402 Foundation, LLC**.
5. **Social-Graph Payment Halt**: Restraining **X Corp. / X Payments LLC** from deploying unlicensed retail payment ledgers that divert liquidity away from sovereign commercial banking channels.

# SECTION VI: COMPLETE COMPILATION OF EXHIBITS

## EXHIBIT A-1: Technical Architecture & Cartel Infrastructure Documentation

- **The HTTP 402 Interception Mechanism**: Revives the dormant HTTP 402 Payment Required standard into an automated machine-to-machine payment gateway. When an AI agent or browser requests data or compute from hyperscalers (Cloudflare, AWS, Google), the server responds with a programmatic 402 error containing payment metadata (PAYMENT-REQUIRED headers).
- **The Facilitator Settlement Loop**: Transactions are forced through proprietary off-chain facilitator nodes (Coinbase Developer Platform/CDP, Stripe, Circle) using stablecoins (USDC) on layer networks (Base, Solana, etc.), entirely bypassing open banking clearing channels and sovereign monetary oversight.

## EXHIBIT A-2: Primary Dealer Bond-Custody & Stablecoin Collateral Mapping

- **Cantor Fitzgerald Reserve Vaults**: Private digital dollar and stablecoin token reserves are backed by short-duration U.S. Treasury instruments warehoused through primary dealers like Cantor Fitzgerald.
- **The Statutory Breach (18 U.S.C. § 333)**: By locking sovereign debt into private, closed-loop token backing mechanisms, the cartel creates an unbreakable barrier that prevents the U.S. Treasury from redeeming, clearing, or retiring its own currency and debt instruments from circulation.

## EXHIBIT A-3: The Linux Foundation Governance & Charter Violations

- **IRS Section 501(c)(6) Non-Profit Scope**: Legally restricted to representing broad industry standards; strictly prohibited from acting as a commercial middleman, price-fixing clearinghouse, or market-allocation cartel for private financial enrichment.
- **The x402 Foundation Incubation**: Operationalized under Jim Zemlin (CEO of The Linux Foundation) and backed by corporate members (including Coinbase, Visa, Mastercard, AWS, Google, and Stripe), the entity functions as an illegal commercial cartel hiding behind an open-source non-profit legal shield.

## EXHIBIT A-4: Exploitation of Public Archives and the Epstein Document Dumps

- **Monetization of Historical Transparency**: Cartel infrastructure providers (Cloudflare, AWS) and protocol developers (Zero.xyz, ZKMarket extensions) have specifically deployed x402 micro-payment endpoints over mass public data releases—including over 383,000 court-released Jeffrey Epstein emails, legal filings, and flight log databases.
- **Rent-Seeking on Public Oversight**: Autonomous AI agents, investigative journalists, and researchers querying public accountability databases are systematically intercepted by programmatic 402 paywalls, forcing private stablecoin settlement tolls just to access

public judicial records.

- **Money Transmitter Compliance**: Deployment of unlicensed payment routing structures across social graphs and data networks without adherence to federal banking and state money transmission laws.

# SECTION VII: PRAYER FOR RELIEF & BOILERPLATE CONDITIONS

**WHEREFORE**, Plaintiff **Harry Alexander Knight** (Fisher), acting strictly *sui juris* and as Relator for the United States Government, respectfully demands judgment against Defendants jointly and severally, granting:

1. Declaratory and injunctive relief revoking non-profit protections, dissolving the x402 Foundation, and enjoining all protocol routing;
2. Emergency unblocking and free public access restoration for all paywalled government archives, investigative files, and court records (including the Epstein document repositories);
3. Emergency asset freezes and sovereign rehypothecation of captive Treasury reserves back to the U.S. Treasury;
4. Treble damages, civil penalties, and restitution under the False Claims Act and Civil RICO;
5. **Reservation of Rights**: Plaintiff expressly reserves all sovereign, natural person, and constitutional remedies, asserting that failure to grant immediate relief constitutes a catastrophic breach of public trust and judicial duty; and
6. **All such other and further relief** to which Plaintiff and the United States are entitled under the literal letter of the law.

*Respectfully submitted this 15th day of September, 2026,* 9-15-2026

*/s/ Harry Alexander Knight* **Harry Alexander Knight (Fisher)** Plaintiff, Acting *Sui Juris* Venice, California / Tucson, Arizona